UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAURICO MOQUERA,**

      **Plaintiff,**

v.                                                                   Case No: 6:16-cv-1280-Orl-41DCI

**STEAK N. SHAKE OPERATIONS, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement Agreement ("Motion," Doc. 28). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 31), recommending that the Court grant the Motion. Judge Irick also noted that the Motion did not ask the Court to dismiss the case with prejudice, and therefore, Judge Irick declined to make such a recommendation. (*Id.* at 5 n.6).

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation to the extent that it recommends that the Settlement Agreement (Doc. 28-1) be found to be a fair and reasonable settlement of Plaintiff's claims. Additionally, the Court finds that dismissal of Plaintiff's claims, with prejudice, is appropriate. (*See* Doc. 28-1 at 2–3 (noting that Defendant is paying Plaintiff the full amount of compensation due under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Florida Minimum Wage Act, Fla. Stat. § 448.110, and that Plaintiff agrees to release Defendant from all claims thereunder)). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. The parties' Joint Motion for Approval of Settlement Agreement (Doc. 28) is **GRANTED**; the Settlement Agreement (Doc. 28-1) is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record